UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO RUBIO, JR., | No. 2:16-cv-1277 CKD P |
| Petitioner, | |
| v. | ORDER |
| RAYTHEL FISHER[1], | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) Petitioner challenges his 2013 conviction for first degree burglary and related enhancements, for which he is serving a prison term of ten years. (Id.; see Lod. Doc. 1.) On June 27, 2016, the court directed respondent to file a response to the petition.[2] (ECF No. 9.)

Respondent filed a motion to dismiss the petition as premature, as review of petitioner's sentence is still pending in the state courts. (ECF No. 14.) Petitioner's claims that his burglary conviction was supported by insufficient evidence and obtained in violation of his due process

---

[1] As Raythel Fisher is the Warden of Valley State Prison, where petitioner is incarcerated, the court will grant respondent's request to substitute Fisher as the respondent in this action. See Fed. R. C. Proc. 25(d)(1); Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

[2] Both parties have consented to Magistrate Judge jurisdiction to conduct all proceedings in this action. (ECF Nos. 8 & 16.)

1

rights were exhausted in the state courts on January 15, 2015. (Lod. Docs. 2-4.) Thus, it appears the claims in the petition are fully exhausted. However, petitioner's efforts to have his sentence reduced were still being litigated in the state courts at the time the motion to dismiss was filed. (Lod. Docs. 5-7.)

Instead of opposing the motion, petitioner filed a motion to stay proceedings while he completes review of his sentencing claims in the state courts. (ECF No. 17.) Respondent filed a statement of non-opposition to petitioner's motion to stay. (ECF No. 20.) Thus, this action will be stayed until direct review of petitioner's judgment and sentence is completed in the state courts.

IT IS HEREBY ORDERED that:

1. Respondent's motion to dismiss (ECF No. 14) is denied as moot;

2. Petitioner's motion to stay (ECF No. 17) is granted;

3. Within thirty days from the date of any order by the California Supreme Court addressing petitioner's pending state claims, petitioner shall file a motion to lift the stay of this action;

4. The Clerk of Court is directed to substitute Raythel Fisher as respondent in the docket of this action; and

5. The Clerk of Court is directed to administratively close this case.

Dated: October 26, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rubi1277.stay