UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELO RUBIO, JR.,

    Petitioner,

v.

RAYTHEL FISHER,

    Respondent.

No. 2:16-cv-1277 CKD P

ORDER

Petitioner is a California prisoner challenging his 2013 state court conviction via a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On October 26, 2016, the court stayed the instant proceedings to allow petitioner to fully exhaust his judicial remedies concerning sentencing claims. ECF No. 21. Petitioner was further directed to inform this court and file a request to lift the stay within thirty days of a decision by the California Supreme Court addressing petitioner's sentencing claims. ECF No. 21 at 2. Since that time, however, petitioner has not filed a motion to lift the stay or otherwise notified the court about the status of any state court proceedings. Therefore, the court will order petitioner to demonstrate what steps he has taken to exhaust his state court remedies since October 2016 and the results of any state court proceedings. Petitioner shall include a copy of any decision issued by a California state court during that time period concerning his sentencing claims.

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner show cause within 30 days from the date of this order why the stay of this case should not be lifted.

Dated: June 18, 2020

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rubi1277.oscstay.docx