1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARCELO RUBIO, JR.,                          No.  2:16-cv-1277 CKD P

12                      Petitioner,

13           v.                                     ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14    RAYTHEL FISHER,

15                      Respondent.

16

17          A recent court order was served on petitioner's address of record and returned by the

18    postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

19    requires that a party appearing in propria persona inform the court of any address change.  More

20    than sixty-three days have passed since the court order was returned by the postal service and

21    petitioner has failed to notify the Court of a current address.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.   The stay of this case is lifted.

24          2.   The Clerk of the Court shall randomly assign a United States District Judge to this

25               action.

26          IT IS FURTHER RECOMMENDED that this action be dismissed for without prejudice

27    for failure to prosecute.  See Local Rule 183(b).

28          These findings and recommendations are submitted to the United States District Judge

                                              1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

after being served with these findings and recommendations, any party may file written

objections with the court.  The document should be captioned "Objections to Magistrate Judge's

Findings and Recommendations."  Any response to the objections shall be filed and served within

fourteen days after service of the objections.  The parties are advised that failure to file objections

within the specified time may waive the right to appeal the District Court's order.  Martinez v.

Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rubi1277.133a

2